IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| KARL C. MITCHELL, | * | |
| Plaintiff, | * | |
| v. | * | CV 618-002 |
| GABRIEL ILLA et al., | * | |
| Defendants. | * | |

## O R D E R

Presently before the Court is Plaintiff's voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 8.) Because the opposing party has served neither an answer nor a motion for summary judgment, Plaintiff's voluntary dismissal is proper. Accordingly, this matter shall be **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA